**George W. CARLISLE, Jr., Appellant,**

v.

**ST. CHARLES COUNTY, HR DEPARTMENT, Appellee.**

No. 07–2756.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 7, 2008.

Filed: Dec. 4, 2008.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

George Carlisle appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination action. Upon careful de novo review, *see Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude that summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.